BATTISTA COMBI and SILVIO PASCETTI, Doing Business under the Firm Name and Style of B. COMBY & COMPANY, Respondents, v. RAFFAELE DI PIPPO and Others, Appellants, Impleaded with Others.— Judgment reversed upon the law and the facts and a new trial granted, with costs to abide the event. The finding of fraud is against the weight of the credible evidence. The testimony on behalf of the appellants establishes a consideration for the conveyances. A fair consideration therefor could well have been found on this record and a finding that there was no consideration, which, alone in the circumstances, would justify a conclusion of fraud, would be against the clear weight of the credible testimony. Upon the new trial here directed there should be findings in conformity with subdivision 2 of section 278 of the Debtor and Creditor Law where the grantees have given " less than a fair consideration for the conveyance," with the right of retention of the property " as security for repayment " of such consideration as was given. Actual fraudulent intent upon the part of the appealing grantees is not established in this case. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Kapper, Scudder and Davis, JJ., concur; Carswell, J., concurs except as to appellant Bertine, as to whom he dissents and votes to affirm the judgment as to him. Settle order on notice.

ANNA W. ZBYSZKO CYGANIEWICZ, Respondent, v. WLADEK ZBYSZKO CYGANIE-WICZ, Appellant.— Order framing issues for jury trial upon condition reversed on the law and the facts, without costs, and motion denied, with leave to defendant to renew upon plaintiff moving the case for trial. In our opinion, the motion is premature. Plaintiff is not obliged to proceed to trial until and unless defendant complies with the order granting alimony and counsel fee *pendente lite*. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

HERMAN DARM and WILHEMINA DARM, Respondents, v. MORRIS KLETZKIN and JULIUS KLETZKIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

FRANK P. DOUGHER, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant.— Order denying defendant's motion for a change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.